Gary G. Colbath
First Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

*Counsel for Defendant Michael Joseph Pitka*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL JOSEPH PITKA,<br><br>　　　　　　Defendant. | Case No. 3:20-cr-00061-JMK-MMS<br><br>**MOTION FOR COMBINED ADMISSION/DISPOSITION HEARING** |

　　　Defendant Michael Joseph Pitka, through counsel, Gary G. Colbath, Assistant Federal Defender, moves this Court to schedule a combined admission/disposition hearing in this matter. The parties request a hearing to be scheduled for some time after August 15, 2024, to allow Mr. Pitka to complete his sentence he is currently serving.

　　　DATED at Anchorage, Alaska this 9th day of July, 2024.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Gary G. Colbath*
　　　　　　　　　　　　　　　　　　　Gary G. Colbath
　　　　　　　　　　　　　　　　　　　First Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on July 9, 2024. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*